UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HILL, | No. 2:20-cv-02418 TLN DB P |
| Plaintiff, | |
| v. | ORDER |
| D. FIELDS, et al., | |
| Defendants. | |

    Plaintiff Kenneth is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    By order dated August 8, 2021, the court denied plaintiff's motion to proceed in forma pauperis as plaintiff and ordered plaintiff to pay the filing fee or file an updated application to proceed in forma pauperis on the form for a non-prisoner. (ECF No. 7.) Plaintiff has filed a new motion to proceed in forma pauperis under 28 U.S.C. § 1915. (ECF No. 8.) Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. (Id.) Accordingly, the request to proceed in forma pauperis will be granted.

    Additionally in the August 8, 2021 order, the court determined that plaintiff's complaint stated potentially cognizable Eighth Amendment claim for deliberate indifference against

defendant D. Fields an employee at California State Prison, Sacramento ("SAC"). (ECF No. 7 at 10.) The court further determined that the complaint did not contain any other cognizable claims. (Id.)

Plaintiff was given the option to proceed on his cognizable claims and dismiss all other claims and defendants or be given leave to amend the complaint. Plaintiff responded to the court's order by stating he wishes to proceed in his Eighth Amendment claim against defendant D. Fields. (ECF No. 9.) However, plaintiff states that he "objects" to voluntarily dismissing all other claims and defendants. (Id.) Plaintiff may only proceed on his cognizable claims. See 28 U.S.C. § 1915A. Plaintiff may proceed on his complaint as screened if he elects to voluntarily dismiss all other claims and defendants. Alternatively, plaintiff will be granted leave to amend his complaint to attempt to state additional claims and/or defendants.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis (ECF No. 8) is granted.

2. Plaintiff may choose to proceed on his cognizable claims as set out in the court's August 8, 2021 order (ECF No. 7) or he may choose to amend his complaint.

3. Within thirty (30) days of the date of this order plaintiff shall notify the court of how he wishes to proceed. Plaintiff may use the form included with this order for this purpose.

Dated: October 18, 2021

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/hill24178.1eservice

2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HILL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. FIELDS, et al.,<br><br>　　　　　Defendants. | No. 2:20-cv-02418 TLN DB P<br><br>PLAINTIFF'S NOTICE ON HOW TO PROCEED |

Check one:

\_\_\_\_\_    Plaintiff wants to proceed immediately on his Eighth Amendment deliberate indifference to safety claim against defendant D. Fields. Plaintiff understands that by going forward without amending the complaint he is voluntarily dismissing all other claims and defendants.

\_\_\_\_    Plaintiff wants to amend the complaint.

DATED:_____                    _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Kenneth Hill
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Plaintiff pro se

3