UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HILL,<br><br>         Plaintiff,<br><br>   v.<br><br>D. FIELDS, et al.,<br><br>         Defendants. | No.  2:20-cv-2418 TLN DB P<br><br><br><br>ORDER |

Plaintiff, a former state prisoner appearing pro se and in forma pauperis, seeks relief pursuant to 42 U.S.C. § 1983.  Plaintiff claims defendants violated his Eighth Amendment rights through deliberate indifference to his safety.

On February 1, 2022, the court referred this case to the Alternative Dispute Resolution ("ADR") project and stayed this case for 120 days.  (ECF No. 20.)  Plaintiff appears to presently be out of custody.  However, it is unclear whether the address on file for the plaintiff has been appropriately updated as previous orders from the court have been returned as undelivered.

In order to schedule an ADR settlement conference in this action, the court requires up to date contact information for the plaintiff.  To this end, the court will order plaintiff to confirm his present address.  Additionally, plaintiff will be ordered to provide the court with a telephone number where he can be reached and confirm that he has access to Zoom video conference software.

In accordance with the above, IT IS HEREBY ORDERED, that within fourteen (14) days of the date of this order plaintiff shall:

1. Confirm in writing that the address currently associated with the plaintiff in this action is correct; and
2. Contact Court Room Deputy Pete Buzo to provide a telephone number where plaintiff can be reached and confirm that plaintiff has access to Zoom video conference software. Pete Buzo can be reached via email at PBuzo@caed.uscourts.gov or via telephone at (916) 930-4128.

DATED: March 18, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/hill2418.contact

2