UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HILL,<br><br>        Plaintiff,<br><br>    v.<br><br>D. FIELDS,<br><br>        Defendants. | No. 2:20-cv-02418 TLN DB P<br><br><br>ORDER |

      Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983. This action was stayed for 120 days and referred to the ADR project for settlement. On March 31, 2022, the court ordered plaintiff to provide contact information to the court and confirm that plaintiff had access to Zoom video conferencing software.

      Plaintiff has since done so. Accordingly, the court will schedule a settlement conference in this action in due course. In order to facilitate the scheduling of this settlement conference, the stay in this action will be extended for an additional sixty days through June 30, 2022.

////

////

////

////

////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The stay in this action is extended through June 30, 2022.

2. An ADR settlement conference will be scheduled in due course.

DATED: April 25, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB:1/Orders/Prisoner/Civil.Rights/R/hill2418.adr.stay