UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HILL,<br><br>    Plaintiff,<br><br>    v.<br><br>D. FIELDS, et al.,<br><br>    Defendants. | No.  2:20-cv-2418 TLN DB P<br><br><br><br>ORDER |

    Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983.  On June 9, 2022, a settlement conference was held before Magistrate Judge Carolyn K. Delaney.  (See ECF No. 27.)  During that settlement conference, the parties agreed to settle this case.  (Id.)  The terms and conditions of that settlement were state on the record.  (Id.)  The parties were ordered to file dispositional documents within thirty days.  (Id.)

    On July 26, 2022, defendant filed a request for an extension of time to file dispositional documents on the basis that the settlement check had been requested but had not yet been issued by the State Controller's Office.  (ECF No. 28 at 1.)  Defendant states that it "typically requires up to eight weeks to issue the check."  (Id.)  Defendant's counsel also notes that there are a number of matters that were settled with the plaintiff, meaning dispositional documents must be filed in a number of cases.  (Id.)  In order to file dispositional documents after the check was issued to plaintiff, defendant requested an extension of time to September 23, 2022 to file these

documents.  (Id. at 2.)  Plaintiff filed "Objections to Request for Extended Time to File Dispositional Documents" on the grounds that he had not yet received payment.  (ECF No. 30.)

Given the number of cases defendants settled and their representation as to the delays in obtaining the settlement check for plaintiff, defendants have shown good cause for an extension of time to be granted.  Plaintiff's objection to this extension of time is essentially that he has not yet received payment.  (ECF No. 30.)  Defendant's requested extension is so that they may provide plaintiff with the settlement payment.  This appears to address plaintiff's concerns that he has not yet received the settlement check.

Additionally, the purpose of plaintiff's requested hearing (ECF No. 31) is unclear.  Plaintiff states that defendant has sought to change the terms of the agreement by paying plaintiff less than the $5,000.00 which was purportedly included in the settlement agreement.  (Id. at 1.)  However, the apparent source of this belief—a letter from defendant's counsel that plaintiff attached to his motion—confirms total payment will be $5,100.00.  (Id. at 2.)  As such, it is unclear what breach of settlement agreement plaintiff is claiming has occurred.  Accordingly, plaintiff's request will be denied without prejudice to its renewal.

In accordance with the above and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's motion for extension of time to file dispositional documents (ECF No. 28) is granted;

2. The parties shall have until September 23, 2022 to file dispositional documents; and

3. Plaintiff's motion for hearing (ECF No. 31) is denied without prejudice.

Dated:  September 6, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/hill2418.dispo